| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Andrew Picek<br>Special Agent: Timothy Madison | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Edward Redding

Case: 2:25−mj−30213
Assigned To : Unassigned
Assign. Date : 4/7/2025
Case No. Description: RE: EDWARD REDDING (EOB)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 6, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possesion of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Madison, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 7, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__    Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Field Division, Group II, Crime Gun Enforcement Team (CGET). As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

2. Prior to this, I was employed by the Michigan State Police for more than eight (8) years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the Michigan State Police, I initiated more than one hundred felony investigations as the lead detective. During my investigations, I drafted more than three hundred warrant affidavits and participated in hundreds of search warrant and arrest

operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

3. In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

4. This affidavit is in support of criminal complaint and application for an arrest warrant for Edward REDDING for the crime of felon in possession of a firearm, Title 18 U.S.C. § 922(g)(1) committed on April 6, 2025.

5. The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers. This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION

6. On April 6, 2025, the Detroit Homicide Taskforce (HTF) initiated an investigation into a triple homicide after the bodies of three deceased persons were found in a burning vehicle in the City of Detroit. The bodies were discovered after a 911 call at approximately 5:54 a.m.

7. During the investigation detectives reviewed information from license plate readers (LPR) including historical LPR scans associated with the burning vehicle

2

to determine if another vehicle may have been traveling in tandem with it prior to the vehicle being set on fire.  Through a review of LPRs detectives identified the color, make and model of a vehicle that was travelling in tandem with the victim vehicle about 25 minutes before the 911 call, at approximately 5:29 a.m. on April 6, 2025. Detectives identified the other vehicle as a silver 2009 Saturn Vue Michigan registration 3QLH23 (silver Saturn). At approximately 5:47 a.m., the silver Saturn was seen leaving the area where the victim vehicle was located, no longer driving in tandem with the victim vehicle. Investigators provided the vehicle information to law enforcement throughout the City of Detroit and requested officers be on the lookout for the vehicle.

8. The Homicide Task Force researched the silver Saturn in the Law Enforcement Information Network (LEIN), as well as records provided by the Michigan Secretary of State (SOS).  The results indicated the silver Saturn was registered to Edward REDDING. Through their investigation, the Homicide Task Force developed REDDING as a suspect in the homicide of the three deceased persons found in the burning vehicle.

9. Members of the Detroit Police Department (DPD) Headquarters Surveillance Unit began actively looking for the vehicle utilizing information from law enforcement databases to generate investigative leads on its location. Eventually investigators found the vehicle and initiated mobile surveillance on it.

10.     During surveillance Detroit Police located the silver Saturn near River Rouge, Michigan. The silver Saturn was able to evade them.  Michigan State Police (MSP) Troopers were monitoring DPD radio and began responding to assist DPD in locating the suspect vehicle.

11.     A short time after the silver Saturn evaded Detroit Police, while responding to assist, an MSP Trooper observed the silver Saturn southbound on Interstate 75 (I-75) on the Rouge River Bridge, within the Eastern District of Michigan.  The trooper confirmed it was the suspect vehicle by its registration plate.

12.     The trooper then attempted to initiate a traffic stop on the silver Saturn, however it accelerated away fleeing from the trooper.  The silver Saturn started to take the exit for north Schaefer Hwy, before veering back onto I-75 southbound at the last second, driving through the shoulder to do so. The silver Saturn then passed a car in the right lane by driving on the shoulder and took the next exit for south Shaefer Hwy, driving approximately 50 mph through the tight corners on the exit ramp.

13.     After exiting onto Schaefer, the silver Saturn ran a red light, crossing southbound traffic on Fort Street, before running another red light at northbound Fort Street and nearly striking another vehicle while turning southbound into the northbound lanes of Fort Street. The silver Saturn continued southbound in the

4

northbound lanes with oncoming traffic and driving erratically. Around this time, the front right tire of the silver Saturn went completely flat.

14. The silver Saturn then entered a U-turn crossover the wrong direction and headed northbound on southbound Fort Street, again into oncoming traffic and appearing to swerve towards oncoming traffic. The silver Saturn then lost control as it proceeded through the intersection at Schaefer, before crashing into the median.

15. The driver and sole occupant of the vehicle, REDDING, fled the silver Saturn on foot. He was apprehended a short distance from the vehicle by troopers.

16. During a subsequent search of the vehicle, investigators located a black Smith & Wesson .38 caliber revolver inside of a brown bag on the front passenger side floorboard. Documents with REDDING's name on them were also located inside the passenger compartment of the vehicle.

17. After his arrest, REDDING was interviewed by detectives. REDDING stated that he bought the silver Saturn after he was released from prison. REDDING initially stated he ran from the police because he's on parole, and claimed he didn't know the gun was in the car. However, REDDING then later admitted to seeing the gun on the floor of the car and agreed with detectives that the gun was why he fled from the police.

18. REDDING said he was going to give the gun back to whoever put it in his car. He also agreed with detectives that he touched the gun when he tried to push it under the seat, and therefore his DNA would likely be on the gun.

## Interstate Nexus

19. On April 6, 2025, ATF Interstate Nexus Expert S/A Joshua McLean was provided the make and model of the Smith & Wesson .38 caliber revolver. S/A McLean advised it was manufactured outside of the state of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

## Prohibited Status

20. In April of 2025, I reviewed REDDING's Computerized Criminal History from LEIN and publicly available court records and learned that on February 3, 2011, REDDING was convicted of carjacking, armed robbery, and felony firearm in the Third Circuit Court of Wayne County, Michigan, Case No. 10010314-01-FJ. REDDING was sentenced to a total of 11 to 22 years in prison. MDOC records indicate REDDING was paroled on July 9, 2024.

21. According to records obtained from MDOC related to the above felony conviction, REDDING served more than ten years in prison. Further, REDDING is currently on parole and therefore likely aware of his status as a convicted felon, prohibited by federal law from possessing firearms. From my training and

experience, I know that MDOC notifies felons being released on parole that they are prohibited from possessing firearms.

## CONCLUSION

22. Probable cause exists that Edward REDDING, a convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing firearms, in violation of Title 18, U.S.C. § 922(g)(1).

_____
Timothy Madison, Special Agent
Alcohol, Tobacco, & Firearms

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date:   April 7, 2025

7