3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case:2:25-cr-20393
Judge: White, Robert J.
MJ: Altman, Kimberly G.
Filed: 05-22-2025 At 03:58 PM
INDI USA V EDWARD REDDING (LG)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD REDDING,

    Defendant.

_____/

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 28, 2022, in the Eastern District of Michigan, the defendant, EDWARD REDDING, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Taurus, 9mm caliber handgun, in violation of Title 18, United States Code, Section 922(g)(1).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson


JEROME F. GORGON JR.
UNITED STATES ATTORNEY


*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit


*s/Andrew R. Picek*
Andrew R. Picek
Assistant United States Attorney

Dated: May 22, 2025

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: *s/A.P.* |

Case Title: USA v. Edward Redding

County where offense occurred: Wayne

Offense Type: Felony

Indictment -- prior complaint [Case No. 25-MJ-30213]

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

Reason:

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

May 22, 2025
Date

Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Andrew.Picek@usdoj.gov
(313) 226-9652
Bar #: OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.