UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                CASE NO. 25-20393

-v-                                     HON. ROBERT J. WHITE

EDWARD REDDING,

        Defendant.
_____/

## MOTION FOR LEAVE TO FILE EXHIBIT TO GOVERNMENT'S SENTENCING MEMORANDUM USING THE MEDIA FILE UPLOAD

Now comes the undersigned, Assistant United States Attorney, Andrew R. Picek, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file one exhibit via the electronic portal "Media File Upload" in CM/ECF. Pursuant to L.R. 7.1(a), concurrence in this motion was sought from defense counsel and defense counsel indicated their objection.

The exhibit to the Government's Sentencing Memorandum cannot be converted to a PDF format for the following reason: Exhibit 1 is in video format and consists of Michigan State Police cruiser video showing the defendant fleeing from police when arrested on April 6, 2025. Exhibit 1 is 2 minutes and 15 seconds in length, and shows the trooper pursuing the defendant's vehicle, and the vehicle fleeing from the trooper for approximately 2 minutes and 15 seconds, up until the

vehicle stopped and defendant fled on foot. Should the Court grant this motion, the Government does not intend to present the exhibit separately during sentencing hearing.

The exhibit is relevant to the Court's consideration of the sentencing factors under 18 U.S.C. § 3553(a), which include "the history and characteristics of the defendant" and "the need for the sentence imposed . . . to protect the public from further crimes of the defendant[.]" Furthermore, under 18 U.S.C. § 3661, "No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

Thus, while Redding is being sentenced in this case for felon in possession of a firearm committed on September 28, 2022, the fact that he fled from the police on April 6, 2025, while in possession of a different firearm, is highly relevant to his character and conduct and need to protect the public. Furthermore, the defendant's conduct depicted in this exhibit is referenced in the PSR. (PSR at ¶¶ 28, 35).

3

      For the foregoing reason, the undersigned respectfully requests that this Court grant the leave sought in this motion.

                                     Respectfully submitted,

                                     JEROME F. GORGON JR.
                                   United States Attorney

                                   *s/ Andrew R. Picek*
                                   Andrew R. Picek
                                   Assistant United States Attorney
                                   211 W. Fort Street, Suite 2001
                                   Detroit, MI 48226
                                   andrew.picek@usdoj.gov
                                   (313) 226-9652

Date: January 2, 2026

## **CERTIFICATE OF SERVICE**

I certify that on January 2, 2026, I electronically filed the foregoing document with the Clerk of the Court of the Eastern District of Michigan using the ECF system, which will send notification to all counsel of record.

*s/ Andrew R. Picek*
Andrew R. Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
andrew.picek@usdoj.gov
(313) 226-9652